**The below described is SIGNED.**

(tjc)

**Dated: March 08, 2007**  _____
**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge



_____

**Order Prepared and Submitted by:**

Joel T. Marker (4372)
Jeremy C. Sink (9916)
**McKAY, BURTON & THURMAN**
Attorneys for Joel T. Marker, Trustee
170 South Main St., Suite 800
Salt Lake City, Utah 84101
Telephone: (801) 521-4135
Facsimile: (801) 521-4252
Email:    joel@mbt-law.com

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

_____

| In re: | : | Bankruptcy No. 06-20612 WTT |
|---|---|---|
|  |  | Chapter 7 |
| GEORGE LOVE FARMING, LLC, | : |  |
| Debtor. | : |  |

_____

**ORDER SHORTENING TIME FOR HEARING ON SALE MOTION AND SETTING DEADLINE FOR OBJECTIONS AND OTHER RESPONSES TO THE SALE MOTION**

Based upon the Trustee's Motion to Shorten Time 1) For Hearing on Sale Motion; and 2) For Responses to the Sale Motion, dated March 8, 2007, and good cause appearing it is hereby

ORDERED as follows:

1. Notice of the Trustee's Motion for an Order Approving the Sale of Assets Free and Clear of Liens and Interests Pursuant to Section 363 of the Bankruptcy Code, dated March 8, 2007

(the Sale Motion) and the notice of hearing on the Sale Motion, providing notice of a hearing to be held on March 26, 2007 at 2:00 p.m., will be sufficient and adequate if the Sale Motion and notice of hearing are mailed to all parties in interest by March 8, 2007; and

    2. All objections or other responses to the Sale Motion must be filed with the Court and served so as to be received by the Trustee on or before Thursday, March 22, 2007 at 4:00 p.m.

------------------------------------------END OF ORDER------------------------------------------

## SERVICE LIST

Joel T. Marker
McKay, Burton & Thurman
170 South Main Street, Suite 800
Salt Lake City, UT 84101

Danny Kelly
Stoel Rives
201 South Main St., Suite 1100
Salt Lake City, UT 84111

Kim R. Wilson
Snow Christensen & Martineau
10 Exchange Place, 11th Floor
P.O. Box 405000
Salt Lake City, UT 84111

M. Robert Smith
31 Federal Ave.
Logan, UT 84321

Robert J. Dale
Fabian & Clendenin
215 South State St., #1200
Salt Lake City, UT 84151

Valayne Love
2588 North Clearfield Road
Layton, UT 84040

Snowville Farms, LCC
2588 North Clearfield Road
Layton, UT 84040

Mona Burton
Holland & Hart
60 East South Temple, Suite 2000
Salt Lake City, UT 84111

Jeffrey L. Shields
Callister, Nebeker & McCullough
10 E. South Temple, #900
Salt Lake City, UT 84133

Russell S. Walker
Woodbury & Kesler
265 East 100 South, #300
P.O. Box 3358
Salt Lake City, UT 84111

Paul J. Toscano
9 Exchange Place, Suite 419
Salt Lake City, UT 84111

George Love
2588 North Clearfield Road
Layton, UT 84040

George Love Farming, LLC
2588 North Clearfield Road
Layton, UT 84040

2