Paul James Toscano, #3280
NEELEMAN & TOSCANO, LC
Boston Building, Suite 419
Salt Lake City, UT 84111
Telephone: (801) 359-1313
Facsimile: (801) 359-1370
ptoscano@expresslaw.com

Russell S. Walker, #3363
David R. Williams, #6686
Anthony M. Grover, #10426
WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah  84110-3358
Telephone:  (801) 364-1100
Facsimile: (801) 359-2320
rwalker@wklawpc.com

Attorneys for George Love Farming, LC.

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>GEORGE LOVE FARMING, LLC.<br><br>Debtor. | Case No.  06-20612<br><br>Chapter 7<br><br>Judge William T. Thurman |

## JOINDER IN OBJECTION TO CHAPTER 7 TRUSTEE'S MOTION TO HOLD GEORGE B. LOVE IN CONTEMPT AND FOR AN ORDER TO CEASE AND DESIST

George Love ("Love") and Snowville Farms, LC ("Snowville") object to the Chapter 7

Trustee's Motion to Hold George B. Love In Contempt and for an Order to Cease and Desist.

Love and Snowville join in the objection of George Love Farming, LLC filed Wednesday,

March 14, 2007.  Love and Snowville adopt by reference the Objection to Chapter 7 Trustee's

Motion to Hold George B. Love In Contempt and for an Order to Cease and Desist filed by

George Love Farming, LLC.

DATED this 14th day of March, 2007.

**WOODBURY & KESLER, P.C.**

    /s/ Russell S. Walker
Russell S. Walker
David R. Williams
Anthony Grover
Attorneys for George Love

DATED this 14th  day of March, 2007.

**NEELEMAN & TOSCANO**

    /s/ Paul J. Toscano
Paul J. Toscano
Attorneys for Snowville Farms, LC

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of March, 2007, a true and correct copy of the foregoing **JOINDER IN OBJECTION TO CHAPTER 7 TRUSTEE'S MOTION TO HOLD GEORGE B. LOVE IN CONTEMPT AND FOR AN ORDER TO CEASE AND DESIST** was served by U.S. Mail first-class, postage prepaid and via ECF to the parties in interest listed below:

 Joel T. Marker
 170 So. Main Street #800
 Salt Lake City, Utah 84101

 Danny C. Kelly
 Stoel Rives, LLP
 201 South Main, #1100
 Salt Lake City, Utah 84111

        /s/ Rebekah A. Rogers